# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br>Forrest Nicholas Wright<br>&<br>Nathan Michael Keays | ) ) ) ) ) ) | Case No. 3:20-mj-00430-MMS |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/26/19 - 12/12/19__ in the county of _____ in the __United States__ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Tyler Vose, FBI SA
Printed name and title

Sworn to telephonically and signed electronically.

Date: August 26, 2020

City and state: Anchorage, Alaska

Matthew M. Scoble, United States Magistrate Judge
Printed name and title