# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:20-mj-00430-MMS |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS, | ) ) ) ) | |
| Defendants. | ) | Aug 26 2020 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tyler L. Vose, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a summons and criminal complaint against FORREST NICHOLAS WRIGHT (hereinafter "WRIGHT") and NATHAN MICHAEL KEAYS (hereinafter "KEAYS"). For the reasons stated herein, I submit there is probable cause to believe that within the District of Alaska, WRIGHT and KEAYS committed a violation of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud.

2. The information set forth below is based upon my knowledge of the investigation conducted by the FBI. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, various documents, database records, and other information. I have not


Aug 26 2020

included each and every fact obtained pursuant to this investigation, and instead have only included facts sufficient to establish probable cause for the requested summonses to issue.

3. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent with the FBI since May 2011. Since that time I have been assigned investigative responsibilities in the areas of public corruption in the Detroit and San Juan Field Offices, Indian Country matters on the Pine Ridge Indian Reservation in South Dakota, and public corruption violations in the Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. Prior to being an FBI Special Agent, I served as a Human Intelligence Collector with the United States Army for 5 years and 7 months. In addition to traditional combat duties, I conducted military source operations and interrogations on suspected members of Al-Qa'ida and other radical Islamic terrorist/insurgent groups in Iraq.

## APPLICABLE LAW

4. Title 18 U.S.C. Section 1349 (Conspiracy to Commit Wire Fraud) provides: "Any person who attempts or conspires to commit [wire fraud in violation of 18 U.S.C. § 1343] shall be subject to the same penalties as those prescribed for [wire fraud in violation of 18 U.S.C. § 1343]." To establish the crime of conspiracy to commit wire fraud, the government must prove beyond a reasonable doubt that whoever having devised or intending to devise any scheme or artifice to defraud, or for obtaining money


Aug 26 2020

or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both.

## KEY INTERVIEWS & ACTIONS

5. WRIGHT was interviewed with the presence of an attorney on February 21, 2020. D.B. was interviewed on December 12, 2019.

6. On December 12, 2019 the Federal Bureau of Investigation executed search and seizure warrants at WRIGHT's and KEAYS' residences in Anchorage, Alaska; KEAYS' three storage facilities in Anchorage and Eagle River, Alaska; and D.B.'s listed residence in Webbers Falls, Oklahoma.

7. Additional search warrants were executed on Microsoft for e-mail content associated with WRIGHT and KEAYS' personal e-mail accounts. Numerous subpoenas were served to acquire records from a variety of companies including financial institutions, airlines, telecommunications companies, and web hosting companies.

8. Finally, the vast majority of information acquired during the course of the investigation was provided by Victim Business, a company involved in the oil and gas industry.



Aug 26 2020

# PROBABLE CAUSE STATEMENT

**GENERAL SCHEME TO DEFRAUD**

9. From approximately February 26, 2019 through December 12, 2019, FORREST NICHOLAS WRIGHT, an employee of Victim Business, spearheaded a scheme to defraud Victim Business out of millions of dollars.

10. There was a conspiracy between WRIGHT and his childhood friend, NATHAN MICHAEL KEAYS to cause the scheme to defraud. During the time of the fraud, KEAYS was an active Anchorage K-9 Police Officer and sole owner of Eco Edge Armoring, LLC (hereinafter "Eco Edge"). Eco Edge was set up to perform residential insulation work (spray foam) yet began receiving labor and material contracts with Victim Business. KEAYS had no oil and gas experience.

11. WRIGHT and KEAYS made material misrepresentations that caused Victim Business to pay $3,087,703.50 for material that did not exist and for work that was never completed, and attempted to defraud an additional $160,680.

12. Specifically, KEAYS submitted fraudulent invoices to Victim Business for work by non-existent laborers, and for oil field material that did not exist and was never delivered to Victim Business.

13. The invoicing of labor was spread out over 23 false invoices and amounted to $1,199,200, with a 24th false invoice in the amount of $62,250 attempted, but never paid out by Victim Business.



Aug 26 2020

14. The invoicing for materials was spread out over four (4) false invoices and amounted to $1,888,503.50, with a fifth false invoice in the amount of $98,430.00 attempted, but never paid out by Victim Business.

15. All of the outgoing wire transfers from the Victim Business to Eco Edge were sent from the Victim Businesses JP Morgan Chase, N.A. bank account. The wire from JPMorgan Chase Bank, N.A., traveled from Ohio, to Eco Edge's Alaska USA account in Alaska. JP Morgan Chase Bank, N.A. is an FDIC insured banking institution.

16. In exchange for getting KEAY's foot in the door with the Victim Business and directing contracts to him, KEAYS paid WRIGHT approximately 50 percent of all income paid to Eco Edge from Victim Business.

17. The approximate 50 percent kicked back to WRIGHT was paid to a company set up by WRIGHT known as Spectrum Consulting Services (hereinafter "Spectrum").

18. When asked by law enforcement agents, WRIGHT provided a broad admission that all labor and materials invoiced by Ego Edge and paid out by the Victim Business were fraudulent.

19. In short, the total amount KEAYS kicked back to WRIGHT was $1,651,085.25. The total amount the Victim Business paid KEAYS on all invoices was $3,087,720[1]. Bank records of Spectrum's and Eco Edge's Alaska USA Federal Credit Union accounts show the kick back percentage equated to about 53.47 percent.

---

[1] Victim Business paid $3,087,720 on invoices totaling $3,087,703.50. There was a $16.50 overpayment on one invoice.



**ECO EDGE ARMORING, LLC**

20.  KEAYS held zero knowledge about the oil and gas industry. To overcome this obstacle, WRIGHT and KEAYS conspired to provide technical e-mails to Victim Business that appeared to be from KEAYS, when in fact they were composed by WRIGHT.

21.  WRIGHT admitted that all technical e-mails were composed by him. WRIGHT used his personal Hotmail e-mail account (forrestwright8@hotmail.com) to compose them. WRIGHT then sent the technical content to KEAY's personal Hotmail e-mail account (nkeays15@hotmail.com) along with instructions to send the technical content from KEAYS's official Eco Edge e-mail account (nathan@ecoedgearmoring.com) to WRIGHT's official Victim Business email account.

22.  The purpose for such maneuvering was to make it appear to anyone from the Victim Business who read the e-mails, that they were composed by KEAYS.

23.  Following an initial review of KEAYS's personal Hotmail account pursuant to a federal search warrant, the inbox contained 8,034 e-mails. It is important to note the time frame of the search warrant executed on Microsoft for the content of KEAYS's account began on January 1, 2019. Of the 8,034 e-mails in KEAYS's inbox, there were no e-mails from January or February 2019, and only one e-mail from March. It appeared KEAYS did in fact wholesale delete all e-mails from the first couple months of 2019. However, beginning on or about April 8, 2019, KEAYS maintained a vast number of e-mails in his inbox, many of which were from non-personal contacts such as Amazon.com and other businesses. Between April 8, 2019 to at least December 12, 2019

when the investigation became overt, there was only one e-mail in KEAYS's inbox from WRIGHT's personal e-mail account.

24. In my training and experience, it is likely KEAYS selectively deleted all of the e-mails from WRIGHT that were sent to his personal Hotmail e-mail account, with the exception of one e-mail, and that e-mail was non-pertinent. Selectively deleting e-mails from WRIGHT, in which WRIGHT instructed KEAYS to resend the technical oil and gas industry-related content from KEAYS's Eco Edge e-mail account back to WRIGHT's Victim Business e-mail account to make it appear KEAYS was the original author, is indicia that KEAYS was aware at the time that the scheme was at least wrong or possibly even illegal. As a veteran law enforcement officer, KEAYS likely understood what he was doing (resending fake e-mails in order to sell material and labor) was fraudulent in nature, and thus knew he had to delete evidence of his involvement.

25. WRIGHT advised that he erased technical e-mails he sent KEAYS. However, after reviewing WRIGHT's e-mails pursuant to a federal search warrant, several e-mails were discovered corroborating this scheme.

26. Your affiant reviewed numerous e-mails sent throughout 2019 in which WRIGHT composed technical e-mails and sent them from his personal Hotmail account to KEAYS's personal Hotmail account. Almost uniformly, WRIGHT instructed KEAYS to insert his own sign off at the conclusion of the e-mail. The content of the e-mail would then be copied and pasted into KEAYS's Eco Edge e-mail and sent back to WRIGHT's Victim Business e-mail account. Below is one such example from February 28, 2019



showing WRIGHT's composition of the technical e-mail with instructions for KEAYS to send it back to WRIGHT the following day from his Eco Edge e-mail account:

> From: Forrest Wright <forrestwright8@hotmail.com>
> Sent: 2/28/2019 9:50:39 PM -0900
> To: Nathan Keays <nkeays15@hotmail.com>
> Subject: Proposal//draft
>
> Will need this or something like this sent to me to tomorrow to my COP account from your Eco Edge Account. Add, delete, change as you see fit, but you get the idea. This is truly all it needs to be though…trust me.
>
> Good Afternoon Mr. Wright,
> Thanks again for the call today. I just wanted to write something up that summed up our conversation. COP's orders coming in from Tenaris to the Railroad (RR) in Fairbanks are currently being mishandled (whether it be by the RR or the way Tenaris is having the cars loaded). You would like Eco Edge Armoring LLC to go to Fairbanks as soon as possible and inspect the pipe that is currently in the yard, and the pipe that is arriving. Involved with this would be corresponding the casing and tubing with the correct PO's and ensuring the orders are sent to the correct locations (Kuparuk, Alpine, 100% Pad etc). Also taking pics and documenting any suspicious looking packaging or pipe itself.
>
> We will get started immediately per your request (as we understand there is quite confusion up there now and this is top priority). My initial rate will be $2,075/day 7days a week until caught up, (all in order). I suspect this will be through the ice road season. After that we will work the regular Railroad schedule 5 days a week to ensure all your tubulars and corresponding documentation are in order. I'm happy to discuss a reduced rate during the slower season. If I understand correctly I'll be corresponding with you, your buyer, Tenaris, and your coordinators on the slope, with you as my primary POC. With your approval I will start Saturday March 2nd.
>
> To further expand on our services, we will be offering:
> 1. Matching of descriptions between orders and received materials
> 2. Verifying piece counts
> 3. Documenting obvious damage
> 4. Recommendations for 'fixes'
> 5. Ensuring correct transportation is arranged for the accurate location
> 6. Weekly updates will be sent to you which will include status reports
>
> Please let me know if I missed anything. I'm looking forward to working with ▬▬▬▬ on this and developing a workable plan to help ensure COP gets its reduced rates from Tenaris.
> Best Regards,
> Nathan Keays-Owner Operator (however your sign off goes)…
> Eco Edge Armoring

27. As instructed, KEAYS copied the content of the e-mail and sent it back to WRIGHT's Victim Business e-mail address the following day:

//

//

//

//

//

//

//

//

//

//

> **From:** Nathan Keays <Nathan@ECOEDGEARMORING.COM>
> **Sent:** Friday, March 1, 2019 9:21 AM
> **To:** Wright, Forrest N
> **Subject:** [EXTERNAL]Tenaris Pipe- Fairbanks
>
> Good Afternoon Mr. Wright,
>
> Thanks again for the call today. I just wanted to write something up that summed up our conversation. COP's orders coming in from Tenaris to the Railroad (RR) in Fairbanks are currently being mishandled (whether it be by the RR or the way Tenaris is having the cars loaded). You would like Eco Edge Armoring LLC to go to Fairbanks as soon as possible and inspect the pipe that is currently in the yard, and the pipe that is arriving. Involved with this would be corresponding the casing and tubing with the correct PO's and ensuring the orders are sent to the correct locations (Kuparuk, Alpine, 100% Pad etc). Also taking pics and documenting any suspicious looking packaging or pipe itself.
>
> We will get started immediately per your request (as we understand there is quite confusion up there now and this is top priority). My initial rate will be $2,075/day 7days a week until caught up, (all in order). I suspect this will be through the ice road season. After that we will work the regular Railroad schedule 5 days a week to ensure all your tubulars and corresponding documentation are in order. I'm happy to discuss a reduced rate during the slower season. If I understand correctly, I'll be corresponding with you, your buyer, Tenaris, and your coordinators on the slope, with you as my primary POC. With your approval I will start Saturday March 2nd.
>
> To further expand on our services, we will be offering:
> 1) Matching of descriptions between orders and received materials
> 2) Verifying piece counts
> 3) Documenting obvious damage
> 4) Recommendations for 'fixes'
> 5) Ensuring correct transportation is arranged for the accurate location
> 6) Weekly updates will be sent to you which will include status reports
>
> Please let me know if I missed anything, or if there is anything else that we can do for you. I'm looking forward to working with ▮▮▮▮ on this and developing a workable plan to help ensure COP gets its reduced rates from Tenaris.
> Best Regards,
>
> Nathan Keays
> Owner
> Eco Edge Armoring, LLC

28. WRIGHT subsequently used the fraudulent emails purportedly from Eco Edge as attachments to justify contract awards to Eco Edge.

29. Eco Edge, through KEAYS would submit fraudulent invoices to Victim Business for materials that did not exist, and for pipe inspection work that was never completed.

Page 9 of 17



30. After receiving the fraudulent invoices for materials, WRIGHT would instruct Victim Business employees via e-mail, to approve the invoices by falsely representing that the materials were accounted for, when in truth and fact, WRIGHT knew the materials did not exist.

31. Victim Business would generally send electronic payments for the fraudulent invoices from its business bank account, through interstate commerce, to the bank account under the control of KEAYS. The wire from JPMorgan Chase Bank, N.A., traveled from Ohio, to Eco Edge's Alaska USA Federal Union account in Alaska.

32. KEAYS paid to WRIGHT business checks or cashier's checks from Eco Edge's Alaska USA Federal Credit Union account.

33. WRIGHT caused the checks he received from KEAYS to be deposited into Spectrum's Alaska USA Federal Credit Union account.

34. WRIGHT used the money that accumulated in the Spectrum account for travel expenses, restaurants, casinos, cash withdrawals, general living expenses, and the purchase of 17 residential houses in Las Vegas, NV.

35. During WRIGHT's interview on February 21, 2020, he stated he provided KEAYS with a template timesheet for him to complete, but denied signing the laborer's names on them. When asked who did, WRIGHT said "I have to assume it was Nathan." WRIGHT said he knew the six (6) individuals did not exist, but did not know how the names were selected, and said "once again, I have to think it was Nathan" who conjured up the names.

36. At this point in the interview, WRIGHT was notified that it was a felony to lie to a federal agent during the course of a lawful investigation. WRIGHT was asked again if he was absolutely sure he had no involvement with inventing the six (6) names or signing the timesheets. WRIGHT said he "did not come up with the names, and I did not sign the timecards." WRIGHT said the only other person who had control of the timesheets was KEAYS. KEAYS never told WRIGHT he completed and signed the timesheets, but WRIGHT knew he did. When asked how he knew KEAYS did, WRIGHT said he [KEAYS] was the only other person who knew about the timesheets.

37. Below is a representative example of one timesheet provided by Victim Business from Eco Edge submissions for one of the six non-existent laborers, Chris Hayes.

//
//
//
//
//
//
//
//
//
//

**EcoEdge**
ARMORING LLC

Anchorage, AK

Employee Name: __Chris Hayes__    Client: _____
Period Ending: ___7/7/19_____

Project: _____Temp Labor_____

| Week Day | Date | ST Hours | Network | Activity# | Well | Location | Total Hours |
|---|---|---|---|---|---|---|---|
| Monday | 7/1/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| Tuesday | 7/2/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| Wednesday | 7/3/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| Thursday | 7/4/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| Friday | 7/5/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| Saturday | 7/6/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| Sunday | 7/7/19 | 12 | 10410254/T110 | YAA0 | CD5-595 | Fairbanks Labor (RR) | 12 |
| **Total Hours** | | 84 | | | | | 84 |

Comments: __Held back from going north____SO#4521608292_____    Approver ID: ____ ALEXAKJ _____
Employee Signature: _Chris Hayes_____    Date: ____7/8/19___
Supervisor's Signature: _____    Supervisor's ID ___WRIGHFN_____    Date: ____7/8/19___

**ECO-EDGE NEW VENDOR SETUP**

38.     In order for Eco Edge to do business with the Victim Business as a vendor, it was necessary for Eco Edge to be added to the Victim Business's approved vendor database.

39.     On February 26, 2019 WRIGHT submitted a New Vendor Set-Up Approval for Eco Edge to provide the Victim Business with rig mats, a type of mat used by drilling rigs to drive onto to protect the ground. WRIGHT confirmed that when a vendor was approved to provide anything to the Victim Business, that company could then provide materials or labor for anything going forward. WRIGHT insisted everything was above board with Eco Edge's vendor setup and approval. However,


Aug 26 2020

WRIGHT wrote in the "Justification for Adding Vendor" section on the New Vendor Set-Up Approval form, "No other vendors have this type of rig mat. Eco Edge also has the only provisional patent for this mat." At the time, Eco Edge did not produce nor did it have in its possession any type of rig mat, nor did Eco Edge have a provisional patent on it. WRIGHT advised that a provisional patent was filed, but it was filed under his own name, not KEAYS's or Eco Edge.

40. In short, WRIGHT provided false statements and information to his own chain-of-command for Eco Edge to be approved as a new vendor with the Victim Business. WRIGHT stated as much in his interview. When asked, WRIGHT confirmed the entire new vendor set up process for Eco Edge was fraudulent. WRIGHT insisted that KEAYS would not have known Eco Edge was registered as a new vendor under false pretenses.

**ECO EDGE WEBSITE**

//
//
//
//
//
//
//
//
//



41. As mentioned above, Eco Edge was organized as a spray foam insulation business. For Eco Edge to pass as a legitimate vendor, Eco Edge's publicly facing website had to reflect its oil and gas bona fides. On March 10, 2019, WRIGHT and KEAYS conspired via personal e-mail to publish factually incorrect statements onto Eco Edge's website to avoid any "red flags":

> **From:** Forrest Wright <forrestwright8@hotmail.com>
> **Sent:** 3/10/2019 11:31:52 AM -0800
> **To:** Nathan keays <nkeays15@hotmail.com>
> **Subject:** Re: Webpage (ideas)
>
> Lol, literally only a start! We have time to get it right:)
>
> Sent from my iPad
>
> On Mar 10, 2019, at 10:47 AM, Nathan keays <nkeays15@hotmail.com> wrote:
>
>> Cool. I was trying to. Figure out what to say. That's a good start.
>>
>> Sent from my iPhone
>>
>> On Mar 10, 2019, at 10:30, Forrest Wright <forrestwright8@hotmail.com> wrote:
>>
>>> Just playing with ideas, we'll need to get at least something (even basic at first) on the net so the foam business doesn't keep popping up on google...kinda a red flag.
>>>
>>> Eco Edge Armoring LLC.
>>> Management for the modern oil and gas industry. We understand Alaska's Arctic Environment specializing in remote work sites. Working with everyone from Alaska's largest oil/gas company ▓▓▓▓▓▓▓ to anybody requiring the experience of a company with proven results.
>>> Specializing in:
>>>     Project Management (large & small)
>>>     Personnel – engineering (well and structural) through general labor
>>>     Pipe inspection (casing, tubing, drill pipe)
>>>     Audits (yard, warehousing)
>>>
>>> Have tabs for mission statement, contact info, employment, photo gallery, etc.

42. On January 13, 2020, CML Media Corporation (dba Mopro) provided records pertaining to the Eco Edge website. The records confirmed that KEAYS set the Eco Edge business website up on January 16, 2017 as a home improvement and insulation business. KEAYS contacted Mopro customer support seven (7) times throughout the course of his business contract with Mopro, and six (6) of the seven (7) occurred from March 2019 through November 2019.



43. For example, on March 11, 2019, only one (1) day after the above referenced e-mail exchange, KEAYS contacted customer support. Thereafter, KEAYS contacted customer support five (5) additional times for help with his website or other matters: March 18, 2019, March 19, 2019, July 16, 2019, August 23, 2019 and finally on November 1, 2019 when KEAYS contacted Mopro to cancel his account, which became effective on November 17, 2019.

44. Moreover, the records provided included a view of the Eco Edge website after it was updated to reflect WRIGHT's suggestions from March 10, 2019:



45. As shown, the website was a verbatim recounting of WRIGHT's ideas from the above referenced e-mail exchange between himself and KEAYS from March 10, 2019. Again, the purpose for the update was to convey to the public, and to anyone from the Victim Business who would have viewed the website, that Eco Edge was a legitimate

Page 15 of 17



oil and gas industry vendor with a history of "working with everyone from Alaska's largest oil/gas company, to anybody requiring the experience of a company with proven results." When in truth, both WRIGHT and KEAYS knew the information on the Eco Edge website was conjured up solely by WRIGHT, likely instituted by KEAYS on one of the dates he contacted Mopro customer service, and that each claim shown on the Eco Edge website was false, meant only to reduce any "red flags," and further the fraud scheme.

46. In short, none of the material invoiced by Eco Edge existed. WRIGHT admitted the material was non-existent. The Victim Business was unable to locate any of the material that Eco Edge sold to them.

47. None of the labor that was invoiced was completed. In fact, none of the six (6) individuals who had timesheets completed and submitted for payment even existed.

48. Your affiant did numerous interviews of Victim Business employees in Anchorage, and on the North Slope and nobody who was asked had heard of the six (6) Eco Edge laborers performing work in those locations.

49. Another agent interviewed at least three individuals who worked at the Alaska Railroad Yard in Fairbanks. Two of whom denied knowledge of Eco Edge or any of their six (6) employees performing labor at the Alaska Railroad Yard. A third individual who was interviewed was claimed by WRIGHT to have accounted for material in 2019, but in fact had left the employ of the Alaska Railroad in 2017.

//

//

## CONCLUSION

Aug 26 2020

50. For all the reasons described above, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that FORREST NICHOLAS WRIGHT and NATHAN MICHAEL KEAYS violated Title 18, United States Code, Section 1349.

TYLER VOSE
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically.
this 26th day of August, 2020

MATTHEW M. SCOBLE
United States Magistrate Judge
District of Alaska
Anchorage, Alaska